```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

GREATER ST. LOUIS CONSTRUCTION    )
LABORERS WELFARE FUND, et al.,    )
                                  )
              Plaintiffs,         )
                                  )
         vs.                      )    No. 4:05-CV-2352 (CEJ)
                                  )
D&H CONCRETE, INC., a dissolved   )
Missouri corporation, and         )
DON HELMS, JR., an individual     )
d/b/a D&H CONCRETE, and           )
DON HELMS, SR., an individual     )
d/b/a D&H CONCRETE,               )
                                  )
              Defendants.         )

## ORDER

Defendants Don Helms, Sr., and Don Helms, Jr., were ordered to appear for a hearing on April 5, 2007, to show cause why they should not be held in contempt for failing to produce documents as ordered by the Court on September 26, 2006, and November 21, 2006. On April 5, 2007, counsel entered an appearance for defendants. Plaintiffs withdrew their contempt motion based upon counsel's representation that defendants had agreed to produce the documents. By letters dated April 11 and May 21, 2007, plaintiffs identified the documents they sought. Plaintiffs have filed a renewed contempt motion, stating that defendants have not responded to the letters or produced any documents. Defendants have not filed an opposition to the motion and their time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Don Helms, Sr., shall appear before this Court on **Thursday, July 12, 2007**, at **11:00 a.m., Courtroom 14-North**, to show cause why he should not be held in

contempt for failing to comply with the Order entered on September 26, 2006, and the Order entered on January 18, 2007. **Defendant Don Helms, Sr., is advised that failure to appear in person may result in a finding of contempt, punishable by fine and/or imprisonment.**

**IT IS FURTHER ORDERED** that defendant Don Helms, Jr., shall appear before this Court on **Thursday, July 12, 2007**, at **11:00 a.m., Courtroom 14-North**, to show cause why he should not be held in contempt for failing to comply with the Order entered on November 21, 2006, and the Order entered on January 18, 2007. **Defendant Don Helms, Jr., is advised that failure to appear in person may result in a finding of contempt, punishable by fine and/or imprisonment.**

                                                                                           _____
                                                                                           CAROL E. JACKSON
                                                                                           UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2007.